IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHAL ROTHMAN,

    Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENT SERVICES,

    Defendants.
_____/

No. C 13-3381 MMC

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; VACATING HEARING**

    Before the Court is plaintiff's motion for a preliminary injunction, filed July 23, 2013, and noticed for hearing August 30, 2013. The matter is fully briefed. On August 13, 2013, defendants filed a motion to dismiss the complaint. On August 27, 2013, plaintiff filed a "Statement of Non-Opposition," in which he states he does not oppose the motion to dismiss and further states he will, on a date not specified, file an amended complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

    To be entitled to a preliminary injunction, a party must demonstrate, inter alia, a likelihood of success on the merits of his claims. See Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 20 (2008). Here, given plaintiff's statement that he will not proceed on the claims as alleged in the initial complaint and that, instead, he will be proceeding on claims not yet asserted, the Court is unable to determine whether there exists a likelihood of success on the merits.

Accordingly, the August 30, 2013 hearing is hereby VACATED, and plaintiff's motion for a preliminary injunction is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
MAXINE M. CHESNEY
United States District Judge