IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHAL ROTHMAN,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENT SERVICES,

    Defendants.

No. C 13-3381 MMC

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**

Before the Court is defendant U.S. Bank National Association's motion to dismiss, filed August 13, 2013. On August 28, 2013, plaintiff filed a First Amended Complaint.

A party may amend a pleading "once as a matter of course at any time before a responsive pleading is served." See Fed. R. Civ. P. 15(a).[1] "[A]n amended complaint supercedes the original complaint and renders it without legal effect . . . ." Lacey v. Maricopa Cnty., 693 F.3d 896, 927 (9th Cir. 2012).

Accordingly, the Court hereby DENIES as moot defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: August 28, 2013

                              MAXINE M. CHESNEY
                              United States District Judge

---

[1] A motion to dismiss is not a "responsive pleading." See Crum v. Circus Circus Enterprises, 231 F. 3d 1129, 1130 n. 3 (9th Cir. 2000).