1  Randolph Gaw (S.B. #223718) - rgaw@thegawgroup.com
2  Erin J. Holland (S.B. #233305) - eholland@thegawgroup.com
   THE GAW GROUP
3  100 Pine Street, Suite 1250
   San Francisco, CA 94111
4  Telephone: (415) 745-3308
   Facsimile: (415) 737-0642

6  Attorneys for Plaintiff Marshal Rothman

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| MARSHAL ROTHMAN | Case No. 3:13-CV-03381-MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS** |
| v. | Hearing Date: October 18, 2013 |
| U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a division of OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY | Time: 9:00 a.m.<br>Courtroom: 7<br><br>Complaint Filed: July 19, 2013 |
| Defendants. | |

   WHEREAS defendants U.S. Bank National Association and Old Republic Default Management Services, a division of Old Republic National Title Insurance Company, have each filed a motion to dismiss plaintiff Marshal Rothman's ("Plaintiff") Amended Complaint;

   WHEREAS the parties all agree that the interests of judicial economy are served by having Plaintiff file a consolidated opposition brief to both motions to dismiss; and

//
//
//

- 1 -   STIP. AND [PROP] ORDER RE PAGE LIMITS,
        CASE NO. 3:13-CV-03381-MMC

  WHEREAS Civil Local Rule 7-4(b) limits an opposition brief to twenty-five (25) pages in length regardless of how many motions that opposition brief addresses;

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Plaintiff is granted an extra five (5) pages to the maximum length of his consolidated opposition brief to the motions to dismiss.

Dated: September 19, 2013  THE GAW GROUP

            By: /s/ Randolph Gaw
               Randolph Gaw
               Attorneys for Plaintiff
               Marshal Rothman

Dated: September 19, 2013  U.S. BANK NATIONAL ASSOCIATION

            By: /s/ Eric Alderete
               Eric Alderete
               Attorneys for Defendant
               U.S. Bank National Association

Dated: September 19, 2013  SEVERSON & WERSON
                A Professional Corporation

            By: /s/ David M. Liu
               Kristin L. Walker-Probst
               David M. Liu
               Attorneys for Defendant
               Old Republic Default Management
               Services, a division of Old Republic
               National Title Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>September 24, 2013</u>         _/s/ Maxine M. Chesney_
                      Hon. Maxine M. Chesney
                      United States District Court Judge