IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHALL ROTHMAN,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DEFAULT MANAGEMENT SERVICES,

    Defendants.

No. C-13-3381 MMC

**ORDER CONTINUING OCTOBER 4, 2013 HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION TO OCTOBER 18, 2013**

    Before the Court is plaintiff Marshall Rothman's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause, construed by the Court in its August 29, 2013, order as a motion for preliminary injunction and scheduled for hearing October 4, 2013. Also before the Court are defendants' respective motions to dismiss, scheduled for hearing October 18, 2013. Because "[a] plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits," see Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 20 (2008), the Court finds it appropriate to consider the two motions together.

//

//

Accordingly, the hearing on plaintiff's motion is hereby CONTINUED to October 18, 2013.

**IT IS SO ORDERED.**

Dated: October 2, 2013

MAXINE M. CHESNEY
United States District Judge