IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL ROTHMAN, | No. C-13-3381 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, | |
| Defendants. / | |

In light of the pendency of plaintiff's motion for preliminary injunction and defendants' motions to dismiss, each scheduled for hearing on October 18, 2013, the Case Management Conference currently set for October 18, 2013, is hereby CONTINUED to January 17, 2014.

**IT IS SO ORDERED.**

Dated: October 11, 2013

MAXINE M. CHESNEY
United States District Judge