United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL ROTHMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANK NATIONAL ASSOCIATION &<br>OLD REPUBLIC DEFAULT MANAGEMENT<br>SERVICES,<br><br>　　　　Defendants.<br>_____/ | No. C-13-3381 MMC<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR COURT-SPONSORED MEDIATION; DEFERRING RULING ON MOTIONS AND VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PARTIES** |

　　　　Before the Court is plaintiff's motion for preliminary injunction, filed August 28, 2013[1]; defendants have filed opposition, to which plaintiff has replied.  Also before the Court are defendants' motions to dismiss, filed, respectively, September 11, 2013 and September 13, 2013; plaintiff has filed opposition, to which defendants have replied.

　　　　The Court having been advised this date by the ADR Unit that all parties have agreed to meditate the instant dispute by court-sponsored mediation, the Court hereby REFERS the above-titled action to this district's Mediation Program, DEFERS ruling on the above-referenced motions pending mediation, VACATES the October 18, 2013 hearing on said motions, and CONTINUES to March 21, 2014 the Case Management Conference currently scheduled for January 17, 2014.

---

[1] By order filed August 29, 2013, the Court construed plaintiff's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause as a motion for preliminary injunction.

In light of the above, the parties are hereby DIRECTED to file no later than February 14, 2014, a Joint Status Report apprising the Court of the status of the mediation and whether they wish to proceed on the above-referenced motions.

**IT IS SO ORDERED.**

Dated: October 16, 2013

_____
MAXINE M. CHESNEY
United States District Judge