UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARSHAL ROTHMAN,

        Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

        Defendants.

No. C 13-3381 MMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     December 4, 2013
Mediator:  Zela Claiborne

    IT IS HEREBY ORDERED that the request to excuse defendant Old Republic Default Management's client representative from participating in the December 4, 2013 mediation session before Zela Claiborne is GRANTED.  The representative will be available at all times to participate telephonically in the mediation pursuant to ADR L.R. 6-10(f).

    IT IS SO ORDERED.

November 19, 2013

Dated

By: _____

Maria-Elena James
United States Magistrate Judge