IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL ROTHMAN, | No. 13-3381 C MMC |
| Plaintiff, | **ORDER DEEMING OLD REPUBLIC DEFAULT MANAGEMENT SERVICES' MOTION TO DISMISS WITHDRAWN** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, | |
| Defendant. | |

In light of the stipulation for dismissal with prejudice, entered and filed December 23, 2013 by plaintiff Marshal Rothman and defendant Old Republic Default Management Services, said defendant's motion to dismiss, filed September 13, 2013, is hereby deemed withdrawn.

**IT IS SO ORDERED.**

Dated: January 2, 2014

MAXINE M. CHESNEY
United States District Judge