IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL ROTHMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　Defendant.<br>_____/ | No. C 13-3381 MMC<br><br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

　　In light of the pending motion for preliminary injunction and motion to dismiss, the Case Management Conference currently set for March 21, 2014, is hereby CONTINUED to April 18, 2014. The parties shall file a Joint Case Management Statement by April 11, 2014.

**IT IS SO ORDERED.**

Dated: March 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge