IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL ROTHMAN,<br><br>              Plaintiff,<br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>              Defendant. | No. C 13-3381 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion to dismiss, the Case Management Conference currently set for April 18, 2014, is hereby CONTINUED to May 30, 2014.  The parties shall file a Joint Case Management Statement by May 23, 2014.

**IT IS SO ORDERED.**

Dated: April 10, 2014

MAXINE M. CHESNEY
United States District Judge