IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHAL ROTHMAN,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

No. C 13-3381 MMC

**ORDER DENYING AS MOOT AND WITHOUT PREJUDICE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

    In light of the Court's order, filed concurrently herewith, dismissing plaintiff's Amended Complaint in part and with leave to amend, plaintiff's Motion for Leave to File Second Amended Complaint, filed April 22, 2014, is hereby (1) DENIED as moot to the extent it seeks to amend claims that have been dismissed with leave to amend and (2) in all other respects DENIED without prejudice to refiling in a separate motion.

    **IT IS SO ORDERED.**

Dated: April 24, 2014

MAXINE M. CHESNEY
United States District Judge