**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHAL ROTHMAN,

        Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION,

        Defendant.

                               /

No. C 13-3381 MMC

**ORDER RE: TIME FOR DEFENDANT'S RESPONSE TO SECOND AMENDED COMPLAINT**

        Before the Court is plaintiff's Second Amended Complaint and Motion for Leave to File Third Amended Complaint, both filed April 25, 2014.

        To facilitate the orderly progression of the case, the Court will set, if necessary, the deadline for defendant to file a response to the Second Amended Complaint after it rules on plaintiff's Motion for Leave to File Third Amended Complaint.

        **IT IS SO ORDERED.**

Dated: April 25, 2014

MAXINE M. CHESNEY
United States District Judge