IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHAL ROTHMAN,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

No. C 13-3381 MMC

**ORDER VACATING AUGUST 1, 2014 HEARING ON DEFENDANT'S MOTION TO DISMISS**

    Before the Court is U.S. Bank National Association's motion, filed June 26, 2014, to dismiss plaintiff's Third Amendment Complaint.  Defendant has filed opposition, to which plaintiff has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for August 1, 2014.

    **IT IS SO ORDERED.**

Dated: July 30, 2014

MAXINE M. CHESNEY
United States District Judge