NOSSAMAN LLP
ROBERT S. MCWHORTER (SBN 226186)
rmcwhorter@nossaman.com
JESSICA R.L. JAMES (SBN 282276)
jjames@nossaman.com
621 Capitol Mall, 25th Floor
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile:  916.442.0382

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL ROTHMAN<br><br>         Plaintiff,<br><br>     vs.<br><br>U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENTS SERVICES<br><br>         Defendants. | Case No:     CV 13 3381<br><br>**SUBSTITUTION OF ATTORNEY AND CONSENT ORDER**<br><br>Complaint Filed: July 19, 2013<br>Trial Set: June 22, 2015 |

Rothman v US Bank (CV 13 3381) Substitution of Counsel and Consent Order

SUBSTITUTION OF ATTORNEY AND CONSENT ORDER                    Case No.: CV 13 3381
143484.V2

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Defendant, U.S. Bank National Association, Successor in Interest to the Federal Deposit
3  Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A.
4  ("U.S. Bank") hereby substitutes Robert S. McWhorter and Jessica R.L. James, of the law firm of
5  Nossaman LLP, in the above-entitled matter, 621 Capitol Mall, 25th Floor, Sacramento,
6  California 95814, (916) 442-8888, in the place of Eric M. Alderete, attorney of record for
7  Defendant, U.S. Bank, each of the undersigned consenting.

8  **I consent to the above substitution.**

9  Dated:   August 4, 2014          U.S. BANK NATIONAL ASSOCIATION

10          By:   *Eric M. Alderete*
                  Eric M. Alderete

11  **I consent to being substituted.**

12  Dated:   August 4, 2014          U.S. BANK NATIONAL ASSOCIATION
13                                   OFFICE OF THE GENERAL COUNSEL

14          By:   *Eric M. Alderete*
                  Eric M. Alderete
15

16  **I consent to the above substitution.**

17  Dated:   August 4, 2014          NOSSAMAN LLP

18          By:   */s/ Robert S. McWhorter*
                        Robert S. McWhorter

19  **I consent to the above substitution.**

20  Dated:   August 4, 2014          NOSSAMAN LLP

21          By:   */s/ Jessica R.L. James*
                        Jessica R.L. James
22

23                          **ORDER**

24  **IT IS SO ORDERED.**

25

26  Dated:   August 7, 2014          [signature]
27                                   Hon. Judge Maxine M. Chesney
28

-1-

SUBSTITUTION OF ATTORNEY AND CONSENT ORDER            Case No.: CV 13 3381
143484.V2