```
 1 | NOSSAMAN LLP
   | ROBERT S. MCWHORTER (SBN 226186)
 2 | rmcwhorter@nossaman.com
   | WALTER C. DAUTERMAN, JR. (SBN 282264)
 3 | wdautermanjr@nossaman.com
   | 621 Capitol Mall, 25th Floor
 4 | Sacramento, CA 95814
 5 | Telephone:  916.442.8888
   | Facsimile:  916.442.0382
 6 |
   | Attorneys for Defendant
 7 | U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
   | IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE
 8 | CORPORATION AS RECEIVER FOR DOWNEY SAVINGS
   | AND LOAN ASSOCIATION, F.A.
 9 |
10 |
11 |                  UNITED STATES DISTRICT COURT
12 |                 NORTHERN DISTRICT OF CALIFORNIA
13 |
```

| | |
|---|---|
| MARSHAL ROTHMAN<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENTS SERVICES<br><br>Defendants. | Case No:   CV 13 3381<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Complaint Filed: July 19, 2013 |

144538v1

STIPULATION AND [PROPOSED] ORDER
CONTINUING SETTLEMENT CONFERENCE

Case No.:  CV 13 3381

Defendant, U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. ("U.S. Bank") and Plaintiff, Marshal Rothman ("Plaintiff") (collectively, the "Parties"), through the undersigned counsel hereby stipulate and agree as follows:

1. That the Settlement Conference currently scheduled for October 2, 2014 be continued to a new date of **November 18, 2014 at 9:30 a.m.** in Courtroom A before U.S. Magistrate Judge Nathanael Cousins.

**THE FOREGOING IS STIPULATED AND AGREED TO BY:**

Dated: September 26, 2014           GAW | POE LLP

                                    By: _____/s/ Randolph Gaw_____
                                              Randolph Gaw

                                    Attorneys for Plaintiff
                                    MARSHAL ROTHMAN


Dated: September 26, 2014           NOSSAMAN LLP

                                    By: _____/s/ Walter C. Dauterman, Jr._____
                                              Walter C. Dauterman, Jr.

                                    Attorneys for Defendant
                                    U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____September 29____, 2014   _____
                                    U.S. ...

*[GRANTED stamp, signed Judge Nathanael M. Cousins, United States District Court, Northern District of California]*

144538v1
STIPULATION AND [PROPOSED] ORDER
CONTINUING SETTLEMENT CONFERENCE                       Case No.: CV 13 3381