NOSSAMAN LLP
ROBERT S. MCWHORTER (SBN 226186)
*rmcwhorter@nossaman.com*
WALTER C. DAUTERMAN, JR. (SBN 282264)
*wdautermanjr@nossaman.com*
621 Capitol Mall, 25th Floor
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:  916.442.0382

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR DOWNEY SAVINGS
AND LOAN ASSOCIATION, F.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL ROTHMAN<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENTS SERVICES<br><br>Defendants. | Case No:    CV 13 3381<br><br>ORDER DENYING WITHOUT PREJUDICE **STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Complaint Filed: July 19, 2013 |

144538v1
STIPULATION AND [PROPOSED] ORDER
CONTINUING SETTLEMENT CONFERENCE

Case No.:  CV 13 3381

1  Defendant, U.S. Bank National Association, Successor in Interest to the Federal Deposit
2  Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A.
3  ("U.S. Bank") and Plaintiff, Marshal Rothman ("Plaintiff") (collectively, the "Parties"), through
4  the undersigned counsel hereby stipulate and agree as follows:

5      1. That the Settlement Conference currently scheduled for October 2, 2014 be continued
6  to a new date of **November 18, 2014 at 9:30 a.m.** in Courtroom A before U.S. Magistrate Judge
7  Nathanael Cousins.

8  **THE FOREGOING IS STIPULATED AND AGREED TO BY:**

9  Dated: September 26, 2014    GAW | POE LLP

10     By: _/s/ Randolph Gaw_
           Randolph Gaw

    Attorneys for Plaintiff
    MARSHAL ROTHMAN

14 Dated: September 26, 2014    NOSSAMAN LLP

    By: _/s/ Walter C. Dauterman, Jr._
           Walter C. Dauterman, Jr.

    Attorneys for Defendant
    U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
    IN INTEREST TO THE FEDERAL DEPOSIT
    INSURANCE CORPORATION AS RECEIVER FOR
    DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

## ORDER

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~ The parties' joint request is hereby denied without prejudice to the parties' seeking a continuance from Magistrate Judge Cousins.

Dated: September 29, 2014

_/s/ Maxine M. Chesney_
U.S. District Court Judge

144538v1
STIPULATION AND [PROPOSED] ORDER
CONTINUING SETTLEMENT CONFERENCE

Case No.: CV 13 3381