NOSSAMAN LLP
ROBERT S. MCWHORTER (SBN 226186)
*rmcwhorter@nossaman.com*
WALTER C. DAUTERMAN, JR. (SBN 282264)
*wdauterman@nossaman.com*
621 Capitol Mall, 25th Floor
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:   916.442.0382

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR DOWNEY SAVINGS
AND LOAN ASSOCIATION, F.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL ROTHMAN<br><br>            Plaintiff,<br><br>     vs.<br><br>U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENTS SERVICES<br><br>           Defendants. | Case No:     CV 13 3381<br><br>**STIPULATION AND [PROPOSED] ORDER** ~~**MODIFYING PRETRIAL PREPARATION ORDER**~~ **DENYING STIPULATION WITHOUT PREJUDICE**<br><br>Complaint Filed:  July 19, 2013<br>Trial Date:  June 22, 2015 |

144875_2

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER | Case No.:  CV 13 3381 |

Defendant, U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. ("U.S. Bank") and Plaintiff, Marshal Rothman ("Plaintiff") (collectively, the "Parties"), through the undersigned counsel hereby stipulate and agree as follows:

1. On May 30, 2014, this Court entered a Pretrial Preparation Order. [Docket No. 74.] The Pretrial Preparation Order imposed the following deadlines:

| **Event** | **Deadline** |
| --- | --- |
| Non-Expert Discovery Cutoff | January 5, 2015 |
| Designation of Opening Experts | January 26, 2015 |
| Designation of Rebuttal Experts | February 13, 2015 |
| Expert Discovery Cutoff | March 6, 2015 |
| Further Status Conference Statement | March 6, 2015 |
| Further Status Conference | March 13, 2015 at 10:30 a.m. |
| Deadline to File Dispositive Motions | March 20, 2015 |
| Meet and Confer | May 4, 2015 |
| Settlement Conference | *No later than 30 days prior to Pretrial Conference* |
| Pretrial Conference | June 9, 2015 at 3:00 p.m. |

2. Given the foregoing, the Parties agree to amend the Pretrial Preparation Order and extend the deadlines as follows:

| **Event** | **New Deadline** |
| --- | --- |
| Non-Expert Discovery Cutoff | February 5, 2015 |
| Designation of Opening Experts | February 26, 2015 |
| Designation of Rebuttal Experts | March 13, 2015 |
| Expert Discovery Cutoff | April 6, 2015 |

///

///

3. All remaining deadlines imposed by the Pretrial Preparation Order are unchanged.

**THE FOREGOING IS STIPULATED AND AGREED TO BY:**

Dated: October 14, 2014           GAW | POE LLP

By: _____
    Randolph Gaw

Attorneys for Plaintiff
MARSHAL ROTHMAN

Dated: October 15, 2014           NOSSAMAN LLP

By: _____
    Walter C. Dauterman, Jr.

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

**ORDER**

DENIED without prejudice to resubmission with showing of good cause, see Fed. R. Civ. P. 16(b)(4), particularly given proposed expert discovery cutoff, which postdates dispositive motion filing deadline.

Dated: October 15, 2014           _____
                                  U.S. District Court Judge