```
NOSSAMAN LLP
ROBERT S. MCWHORTER (SBN 226186)
rmcwhorter@nossaman.com
WALTER C. DAUTERMAN, JR. (SBN 282264)
wdauterman@nossaman.com
621 Capitol Mall, 25th Floor
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:  916.442.0382

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR DOWNEY SAVINGS
AND LOAN ASSOCIATION, F.A.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL ROTHMAN<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENTS SERVICES<br><br>　　　　Defendants. | Case No:　　3:13-cv-03381-MMC<br><br>**STIPULATION; ORDER DENYING STIPULATION; ORDER SETTING STATUS CONFERENCE**<br><br>Complaint Filed:  July 19, 2013<br>Trial Date:  June 22, 2015 |

144875_2
STIPULATION AND [PROPOSED] ORDER                                    Case No.: 3:13-cv-03381-MMC
MODIFYING PRETRIAL PREPARATION ORDER

Defendant, U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. ("U.S. Bank") and Plaintiff, Marshal Rothman ("Plaintiff") (collectively, the "Parties"), through the undersigned counsel hereby stipulate and agree as follows:

1. On May 30, 2014, this Court entered a Pretrial Preparation Order. [Docket No. 74.] The Pretrial Preparation Order imposed the following deadlines:

| Event | Deadline |
|---|---|
| Non-Expert Discovery Cutoff | January 5, 2015 |
| Designation of Opening Experts | January 26, 2015 |
| Designation of Rebuttal Experts | February 13, 2015 |
| Expert Discovery Cutoff | March 6, 2015 |
| Further Status Conference Statement | March 6, 2015 |
| Further Status Conference | March 13, 2015 at 10:30 a.m. |
| Deadline to File Dispositive Motions | March 20, 2015 |
| Meet and Confer | May 4, 2015 |
| Settlement Conference | *No later than 30 days prior to Pretrial Conference* |
| Pretrial Conference | June 9, 2015 at 3:00 p.m. |

2. The Parties now seek to modify the Pretrial Preparation Order. Good cause exists given that counsel for U.S. Bank was recently substituted into the case in late August 2014, the lead contact at U.S. Bank that was handling the case is no longer employed by U.S. Bank, the lead associate that was handling the case left her position in September 2014, and the lead partner was unavailable because he was unexpectedly married in late September 2014 due to personal circumstances, and was on his honeymoon during the first week of October 2014. The parties have begun negotiations to explore an amicable resolution of this case. As such, U.S. Bank requested multiple extensions on discovery and Plaintiff accommodated. Given the foregoing, and because the Parties agree that Plaintiff should not be prejudiced due to his courtesy, the Parties agree to amend the Pretrial Preparation Order and extend the deadlines as follows:

| **Event** | **New Deadline** |
|---|---|
| • Non-Expert Discovery Cutoff | February 5, 2015 |
| • Designation of Opening Experts | February 26, 2015 |
| • Designation of Rebuttal Experts | March 13, 2015 |
| • Expert Discovery Cutoff | April 6, 2015 |
| • Deadline to File Dispositive Motions | April 13, 2015 |
| • Meet and Confer | May 14, 2015 |

3. All remaining deadlines imposed by the Pretrial Preparation Order are unchanged.

**THE FOREGOING IS STIPULATED AND AGREED TO BY:**

Dated: October 16, 2014    GAW | POE LLP

By: _____
Randolph Gaw

Attorneys for Plaintiff
MARSHAL ROTHMAN

Dated: October 15, 2014    NOSSAMAN LLP

By: _____
Walter C. Dauterman, Jr.

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

**ORDER**

If the parties anticipate the need for expert declarations either to support or oppose summary judgment, the schedule proposed in their October 15, 2014 filing (see Doc. No. 89) is unworkable, and the schedule currently proposed is unworkable because it results in a dispositive motion hearing date too close to the time the parties are required to prepare and file documents in connection with the pretrial conference.

1  Accordingly, the stipulation is hereby DENIED and the Court hereby SETS a status
2  conference for October 31, 2014, at 10:30 a.m., at which time the parties shall be prepared to
3  show good cause for any modification of the Court's Pretrial Preparation Order.  Alternatively, if
4  the parties do not anticipate the need for expert declarations either to support or oppose summary
5  judgment, the parties may resubmit for approval, no later than October 24, 2014, the stipulation
6  set forth in their October 15, 2014 filing.

**IT IS SO ORDERED.**

Dated: October 17, 2014

_____
U.S. District Court Judge