IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHAL ROTHMAN,

    Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

No. 3:13-cv-03381-MMC

**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

Before the Court is defendant's motion to allow counsel for defendant to appear by telephone at the October 31, 2014 Case Management Conference in the above-titled action. Good cause appearing, the request is hereby GRANTED, and counsel for all parties are hereby ORDERED to appear telephonically at the Case Management Conference.

**IT IS SO ORDERED.**

Dated: October 30, 2014

MAXINE M. CHESNEY
United States District Judge