IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHAL ROTHMAN,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

No. 3:13-cv-03381-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS**

    On November 12, 2014 plaintiff electronically filed a document titled "Motion for Leave to File First Supplemental Complaint."  Plaintiff has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Plaintiff is hereby advised that if he fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

    **IT IS SO ORDERED.**

Dated: November 17, 2014

                                     MAXINE M. CHESNEY
                                     United States District Judge