ROBERT S. McWHORTER (CA 226186)
rmcwhorter@nossaman.com
621 Capitol Mall, 25th Floor
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

**DENIED***
*Judge Maxine M. Chesney*

* The Court does not conduct motion hearings by telephone.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARSHAL ROTHMAN<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION<br><br>Defendant. | Case No:    3:13-CV-03381-MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT U.S. BANK'S ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY FOR DECEMBER 19, 2014 HEARING<br><br>Date:  December 19, 2014<br>Time:  9:00 a.m.<br>Courtroom:  7, 19th Floor<br>     450 Golden Gate Avenue<br>     San Francisco, CA 94102<br>Before:  The Hon. Maxine M. Chesney<br><br>Complaint Filed: July 19, 2013<br>Trial Date: June 22, 2015 |

9002625_1

[PROPOSED] ORDER GRANTING U.S. BANK'S ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY FOR 12/19/14 HEARING

Case No.: 3:13-CV-03381-MMC