IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHAL ROTHMAN,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

No. 3:13-cv-03381-MMC

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL COMPLAINT**

Before the Court is plaintiff Marshal Rothman's ("Rothman") "Motion for Leave to File First Supplemental Complaint," filed November 12, 2014. Defendant U.S. Bank National Association ("U.S. Bank") has filed opposition, to which Rothman has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter suitable for determination on the parties' respective written submissions,[1] and rules as follows.

For the reasons stated in the motion and reply, the Court finds good cause for the relief requested therein and, accordingly, the motion is hereby GRANTED. Rothman shall file his First Supplemental Complaint no later than December 29, 2014.

In light of the above, the parties are hereby DIRECTED to meet and confer to discuss any changes, if necessary, to the current pretrial and/or trial schedule, and should

---

[1] By order entered December 18, 2014, the parties were advised that, due to a conflict with an ongoing jury trial, the hearing on the motion was vacated.

the parties come to an agreement, to file a proposed revised schedule.  If the parties are unable to reach an agreement, they are directed to file a joint request for a status conference for the purpose of resolving any disagreement as to the schedule.

**IT IS SO ORDERED.**

Dated: December 19, 2014

_____
MAXINE M. CHESNEY
United States District Judge