NOSSAMAN LLP
ROBERT S. MCWHORTER (SBN 226186)
*rmcwhorter@nossaman.com*
WALTER C. DAUTERMAN, JR. (SBN 282264)
*wdauterman@nossaman.com*
621 Capitol Mall, 25th Floor
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile: 916.442.0382

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL ROTHMAN<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENTS SERVICES<br><br>　　　　Defendants. | Case No:　　3:13-cv-03381-MMC<br><br>**SECOND STIPULATION AND** AMENDED **[PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER**\*<br><br>Complaint Filed: July 19, 2013 |

*The sole amendment is to correct a typographical error as to the date of the Pretrial Conference.

144875_2

Defendant, U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. ("U.S. Bank") and Plaintiff, Marshal Rothman ("Plaintiff") (collectively, the "Parties"), through the undersigned counsel hereby stipulate and agree as follows:

1. On May 30, 2014, this Court entered a Pretrial Preparation Order. [Docket No. 74.]

2. On November 03, 2014, this Court entered an Order Amending the Pretrial Preparation Order (the "Amended Pretrial Order"). [Docket No. 97] The Amended Pretrial Order provided the following schedule:

| **Event** | **New Deadline** |
| --- | --- |
| Non-Expert Discovery Cutoff | February 5, 2015 |
| Designation of Opening Experts | February 26, 2015 |
| Designation of Rebuttal Experts | March 13, 2015 |
| Expert Discovery Cutoff | April 6, 2015 |
| Status Conference Statement Due | April 3, 2015 |
| Status Conference | April 10, 2015 at 10:30 a.m. |
| Deadline to File Dispositive Motions | April 24, 2015 (noticed for hearing 35 days afterward) |
| Pretrial Conference | July 14, 2015 at 3:00 p.m. |
| Trial Date: | July 27, 2015 |
| Trial Length | 7 to 10 days |

3. On December 19, 2013, this Court entered an order granting leave to Plaintiff to file a First Supplemental Complaint no later than December 29, 2014 and directing the Parties to meet and confer to discuss any changes, if necessary, to the current pretrial and/or trial schedule. [Docket No. 115.]

4. The Parties met and conferred and agreed to the following changes to the pretrial/trial schedule:

| Event | New Deadline |
|---|---|
| • Non-Expert Discovery Cutoff | March 27, 2015 |
| • Designation of Opening Experts | April 17, 2015 |
| • Designation of Rebuttal Experts | May 4, 2015 |
| • Expert Discovery Cutoff | June 6, 2015 |
| • Status Conference Statement Due | June 12, 2015 |
| • Status Conference | June ___, 2015 at 10:30 a.m. |
| • Deadline to File Dispositive Motions | June 26, 2015 (noticed for hearing 35 days afterward) |
| • Pretrial Conference | *To be determined by Court* |
| • Trial Date: | *To be determined by Court* |
| • Trial Length | 7 to 10 days |

- SETTLEMENT CONFERENCE shall be held before Magistrate Judge Nathanael Cousins and scheduled to take place no later than 30 days prior to the Pretrial Conference.

All other dates set forth in the Amended Pretrial Order shall remain the same.

**THE FOREGOING IS STIPULATED AND AGREED TO BY:**

Dated: December 24, 2014        GAW | POE LLP

                                By: *Randolph Gaw*
                                    Randolph Gaw

                                Attorneys for Plaintiff
                                MARSHAL ROTHMAN

Dated: December 24, 2014        NOSSAMAN LLP

                                By: *Robert S. McWhorter*
                                    Robert S. McWhorter

                                Attorneys for Defendant
                                U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
                                IN INTEREST TO THE FEDERAL DEPOSIT
                                INSURANCE CORPORATION AS RECEIVER FOR
                                DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

## ORDER

PURSUANT TO STIPULATION, ~~IT IS SO ORDERED.~~ THE PRETRIAL/TRIAL SCHEDULE SHALL BE MODIFIED AS FOLLOWS:

| Event | New Deadline |
| --- | --- |
| ☐ Non-Expert Discovery Cutoff | March 27, 2015 |
| ☐ Designation of Opening Experts | April 17, 2015 |
| ☐ Designation of Rebuttal Experts | May 4, 2015 |
| ☐ Expert Discovery Cutoff | June 6, 2015 |
| ☐ Status Conference Statement Due | June 12, 2015 |
| ☐ Status Conference | June 19, 2015 at 10:30 a.m. |
| ☐ Deadline to File Dispositive Motions | June 26, 2015 (noticed for hearing 35 days afterward) |
| ☐ Pretrial Conference | September 15, 2015 at 3:00 p.m. |
| ☐ Trial Date | September 28, 2015 |

☐ SETTLEMENT CONFERENCE shall be held before Magistrate Judge Nathaniel Cousins and scheduled to take place no later than 30 days prior to the Pretrial Conference.

All other dates set forth in the Amended Pretrial Order shall remain the same.

Dated: January 6, 2015

*[signature]*

U.S. District Court Judge

144875_2 -3-
SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER    Case No.: 3:13-cv-03381-MMC