```
 1  LECLAIRRYAN
    ROBERT S. MCWHORTER (SBN 226186)
 2  980 9th Street, 16th Floor
    Sacramento, CA  95814
 3  Telephone: 916.449-9690

 4  Attorneys for Defendant
 5  U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
    IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE
 6  CORPORATION AS RECEIVER FOR DOWNEY SAVINGS
    AND LOAN ASSOCIATION, F.A.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL ROTHMAN<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENTS SERVICES<br><br>Defendants. | Case No:   3:13-cv-03381-MMC<br><br>**SUBSTITUTION OF ATTORNEY AND CONSENT ORDER**<br><br>Complaint Filed: July 19, 2013<br>Trial Set: June 22, 2015 |

9016374_1
SUBSTITUTION OF ATTORNEY AND CONSENT ORDER           Case No.: 3:13-cv-03381-MMC
9016374.V1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Defendant, U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. ("U.S. Bank") hereby substitutes Robert S. McWhorter, of the law firm of LeClairRyan, 980 9th Street, 16th Floor, Sacramento, CA 95814, (916) 449-9690, in the place of Nossaman LLP, attorney of record for Defendant, U.S. Bank, each of the undersigned consenting.

I consent to the above substitution.

Dated: 1/5/15

U.S. BANK NATIONAL ASSOCIATION

_/s/ Ashley D. Krogh_
(Signed)

Name: Ashley Krogh

Its: Officer

I consent to being substituted.

Dated: 12/30/14

NOSSAMAN LLP

By: _/s/ John T. Kennedy_
John T. Kennedy

I consent to the above substitution.

Dated: 1/12/15

LECLAIRRYAN

By: _/s/ Robert S. McWhorter_
Robert S. McWhorter

**ORDER**

IT IS SO ORDERED.

Dated: January 12, 2015

_/s/ Maxine M. Chesney_
Hon. Judge Maxine M. Chesney

-1-

SUBSTITUTION OF ATTORNEY AND CONSENT ORDER     Case No.: 3:13-cv-03381-MMC
9016374.V1