1  LECLAIRRYAN
   ROBERT S. MCWHORTER (SBN 226186)
2  robert.mcwhorter@leclairryan.com
   980 9th Street, 16th Floor
3  Sacramento, CA 95814
   Telephone: 916.449.9690
4  Facsimile: 916.449.9694

5
   Attorneys for Defendant
6  U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
   IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE
7  CORPORATION AS RECEIVER FOR DOWNEY SAVINGS
   AND LOAN ASSOCIATION, F.A.
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

| | |
|---|---|
| MARSHAL ROTHMAN<br><br>        Plaintiff,<br><br>    vs.<br><br>U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENTS SERVICES<br><br>        Defendants. | Case No:    CV 13 3381<br><br>**FIRST AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT DISCOVERY LETTER**<br><br>Complaint Filed: July 19, 2013<br>Trial Date: June 22, 2015 |

1  Defendant, U.S. Bank National Association, Successor in Interest to the Federal Deposit
2  Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A.
3  ("U.S. Bank") and Plaintiff, Marshal Rothman ("Plaintiff") (collectively, the "Parties"), through
4  the undersigned counsel hereby stipulate and agree as follows:
5      1.  On December 17, 2014, this Court entered an Order (the "Discovery Order")
6  directing the Parties to immediately meet and confer regarding the issues raised in Plaintiff's
7  Motion to Compel and to file a joint discovery letter by December 31, 2014.  [Docket No: 113]
8  This Court subsequently continued the deadline to file a joint discovery letter from December 31,
9  2014 to January 28, 2015. [Docket No. 118]
10     2.  Plaintiff served upon U.S. Bank the following written discovery requests:
11 (i) Plaintiff's Fourth Set of Request for Production of Documents, (ii) Plaintiff's Fourth Set of
12 Interrogatories, and (iii) Plaintiff's Third Request for Admissions (collectively, the "Discovery
13 Requests").
14     3.  Since January 14, 2015, the Parties engaged in extensive settlement negotiations.
15 The Parties are optimistic that they will reach a settlement.  To allow the Parties time to finalize
16 their negotiations, the Parties request that this Court extend the deadline to file a joint discovery
17 letter from **January 28, 2015 to February 9, 2015**.  Also, the Parties agree that the deadline for
18 U.S. Bank to serve responses to the Discovery Requests shall be **February 9, 2015**.
19 **THE FOREGOING IS STIPULATED AND AGREED TO BY:**
20 Dated:  January 23, 2015          GAW │ POE LLP
21                                    By:    */s/Randolph Gaw*
                                              Randolph Gaw
22
                                   Attorneys for Plaintiff
23                                 MARSHAL ROTHMAN
24 Dated:  January 23, 2015          LECLAIRRYAN
25                                    By:    */s/Robert S. McWhorter*
                                              Robert S. McWhorter
26
                                   Attorneys for Defendant
27                                 U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
                                   IN INTEREST TO THE FDIC AS RECEIVER FOR
28                                 DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

**ORDER**

Pursuant to the foregoing Stipulation, this Court finds good cause to grant the relief requested therein.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** the Parties' deadline to file a joint discovery letter is extended from **January 28, 2015 to February 9, 2015** and U.S. Bank's deadline to respond to the Discovery Requests is extended until **February 9, 2015**.

Dated: January 23, 2015      _____
U.S. District Court Magistrate Judge