LECLAIRRYAN
ROBERT S. MCWHORTER (SBN 226186)
robert.mcwhorter@leclairryan.com
980 9th Street, 16th Floor
Sacramento, CA 95814
Telephone:  916.449.9690
Facsimile:  916.449.9694

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR DOWNEY SAVINGS
AND LOAN ASSOCIATION, F.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL ROTHMAN | Case No:     CV 13 3381 |
| Plaintiff, | |
| vs. | **SECOND AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT DISCOVERY LETTER** |
| U.S. BANK NATIONAL ASSOCIATION & OLD REPUBLIC DIVERSIFIED SERVICES, INC. d/b/a OLD REPUBLIC DEFAULT MANAGEMENTS SERVICES | |
| Defendants. | Complaint Filed:  July 19, 2013<br>Trial Date:  June 22, 2015 |

SECOND AMENDED STIPULATION AND [PROPOSED] ORDER                                Case No.:  CV 13 3381
EXTENDING DEADLINE TO FILE JOINT DISCOVERY LETTER

1    Defendant, U.S. Bank National Association, Successor in Interest to the Federal Deposit
2  Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A.
3  ("U.S. Bank") and Plaintiff, Marshal Rothman ("Plaintiff") (collectively, the "Parties"), through
4  the undersigned counsel hereby stipulate and agree as follows:
5    1.    On December 17, 2014, this Court entered an Order (the "Discovery Order")
6  directing the Parties to immediately meet and confer regarding the issues raised in Plaintiff's
7  Motion to Compel and to file a joint discovery letter by December 31, 2014.  [Docket No: 113]
8  This Court subsequently continued the deadline to file a joint discovery letter from December 31,
9  2014 to January 28, 2015.  [Docket No. 12]
10    2.    Plaintiff served upon U.S. Bank the following written discovery requests:
11  (i) Plaintiff's Fourth Set of Request for Production of Documents, (ii) Plaintiff's Fourth Set of
12  Interrogatories, and (iii) Plaintiff's Third Request for Admissions (collectively, the "Discovery
13  Requests").
14    3.    Since January 14, 2015, the Parties engaged in extensive settlement negotiations.
15  U.S. Bank prepared a draft Settlement Agreement for Plaintiff's review and approval.  Plaintiff is
16  reviewing this draft.  To allow the Parties time to finalize the Settlement Agreement, the Parties
17  request that this Court extend the deadline to file a joint discovery letter from **February 9, 2015**
18  **to February 23, 2015**.  Also, the Parties agree that the deadline for U.S. Bank to serve responses
19  to the Discovery Requests shall be **February 23, 2015**.
20    4.    If this case does not resolve, the Parties shall schedule the deposition of Marshal
21  Rothman at a mutually agreeable date and time.
22  **THE FOREGOING IS STIPULATED AND AGREED TO BY:**
23  Dated:  February 6, 2015        GAW │ POE LLP
24                    By: _____ */s/Randolph Gaw*_____
25                         Randolph Gaw
26                    Attorneys for Plaintiff
                     MARSHAL ROTHMAN
27
28

SECOND AMENDED STIPULATION AND [~~PROPOSED~~] ORDER          Case No.:  CV 13 3381
EXTENDING DEADLINE TO FILE JOINT DISCOVERY LETTER

1

2
Dated:  February 6, 2015             LECLAIRRYAN

3                                     By: _____*/s/Robert S. McWhorter*_____
                                              Robert S. McWhorter

4                                     Attorneys for Defendant
                                      U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR
5                                     IN INTEREST TO THE FDIC AS RECEIVER FOR
                                      DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

6

7                                     **ORDER**

8
            Pursuant to the foregoing Stipulation, this Court finds good cause to grant the relief
9
requested therein.
10
            **NOW, THEREFORE, IT IS HEREBY ORDERED THAT** the Parties' deadline to file
11
a joint discovery letter is extended from **February 9, 2015 to February 23, 2015** and U.S.
12
Bank's deadline to respond to the Discovery Requests is extended until **February 23, 2015**.  The
13
terms of the Stipulation are approved.
14

15

16  Dated: February __6__, 2015       _____

17                                     U.S. District Court Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

SECOND AMENDED STIPULATION AND [~~PROPOSED~~] ORDER                Case No.:  CV 13 3381
EXTENDING DEADLINE TO FILE JOINT DISCOVERY LETTER