1  LECLAIRRYAN LLP
   ROBERT S. MCWHORTER (SBN 226186)
2  980 9th Street, 16th Floor
   Sacramento, CA 95814
3  Telephone:   916.449.9690
   Facsimile:   916.449.9694
4  robert.mcwhorter@leclairryan.com

5  Attorneys for Defendant
   U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN
6  INTEREST TO THE FEDERAL DEPOSIT INSURANCE
   CORPORATION AS RECEIVER FOR DOWNEY SAVINGS
7  AND LOAN ASSOCIATION, F.A.

8
   Randolph Gaw (S.B. #223718) – rgaw@gawpoe.com
9  GAW | POE LLP
   4 Embarcadero Center, Suite 1400
10 San Francisco, CA 94111
   Telephone: (415) 766-7451
11 Facsimile: (415) 737-0642

12 Attorneys for Plaintiff Marshal Rothman

13

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19  MARSHAL ROTHMAN | Case No. 3:13-CV-03381-MMC |
| 20              Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF U.S. BANK WITH PREJUDICE** |
| 21     v. | |
| 22  U.S. BANK NATIONAL ASSOCIATION | |
| 23              Defendant. | |

24

25

26

27

28

# STIPULATION

Plaintiff, Marshal Rothman ("Rothman") and Defendant, U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation, Receiver for Downey Savings and Loan Association, F.A. ("U.S. Bank") (collectively, the "Parties"):

1. On July 19, 2013, Rothman filed a Complaint against U.S. Bank and Old Republic Diversified Services, Inc.

2. On June 13, 2014, Rothman filed his Third Amended Complaint against U.S. Bank, which was subsequently supplemented by Rothman with leave of the Court.

3. On April 21, 2015, Rothman and U.S. Bank entered into a confidential Settlement Agreement, which resolved and released all of the claims between the Parties.

4. Pursuant to Rule 41(a)(1)(A)(ii) and/or Rule 4(a)(2), the Third Amended Complaint should be dismissed with prejudice and with each party paying their own attorneys' fees and costs

**STIPULATED AND AGREED TO BY:**

Dated:  June 12, 2015                    GAW | POE LLP

                                          By:  */s/Randolph Gaw*
                                               Randolph Gaw
                                               Attorneys for Plaintiff
                                               Marshal Rothman

Dated: June 12, 2015                     LECLAIRRYAN

                                          By:  */s/Robert S. McWhorter*
                                               Robert S. McWhorter
                                               Attorneys for Defendant, U.S. Bank
                                               National Association, Successor in
                                               Interest to the Federal Deposit Insurance
                                               Corporation, Receiver for Downey
                                               Savings and Loan Association, F.A.

STIP. OF DISMISSAL WITH PREJUDICE
CASE NO. 3:13-CV-03381-MMC

**Order**

Based on the foregoing Stipulation, good cause exists:

**IT IS HEREBY ORDERED THAT** the Third Amended Complaint is dismissed with prejudice and with each party paying their own attorneys' fees and costs.

Dated: June 12, 2015

U.S. District Court Judge